**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Giancarlo Guido & Sandra Vasquez,<br>Individually & as H/W<br>1030 Lafayette Ave.<br>Hawthorne, NJ 07506<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Major World Chevrolet, LLC, et al.<br>d/b/a Major Chevrolet, Inc.<br>43-40 Northern Blvd.<br>Long Island City, NY 11101<br><br>　　　　　　Defendants. | NO.:   14-8122<br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW this _____ day of _____, 2015, upon consideration of Plaintiffs' Renewed Motion for Leave to Amend Complaint, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, the Rule to Show Cause is DISCHARGED, and the Clerk shall docket Plaintiff's proposed Amended Complaint (Exh. B) as of the date of this Order.

**AND IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Giancarlo Guido & Sandra Vasquez, | : | |
| Individually & as H/W | : | NO.:   14-8122 |
| 1030 Lafayette Ave. | : | |
| Hawthorne, NJ 07506 | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| Major World Chevrolet, LLC, et al. | : | |
| d/b/a Major Chevrolet, Inc. | : | |
| 43-40 Northern Blvd. | : | |
| Long Island City, NY 11101 | : | |
| | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

**PLAINTIFFS' RENEWED MOTION FOR LEAVE TO AMEND COMPLAINT IN RESPONSE TO RULE TO SHOW CAUSE**

Pending before this Honorable Court in the above-captioned is Plaintiff's action under the New Jersey Consumer Fraud Act secondary to claimed pre-existing concealed defects arising from the sale of an automobile. (Exh. A).

Per this Honorable Court's gracious extension, and putative Defendants' counsel's like gracious disclosure, Plaintiffs respectfully request leave to amend their complaint substantially consistent with the attached proposed.  FRCP 15; (Exh. B).

This Court had previously entered its Rule to Show Cause regarding jurisdiction.  Upon putative Defendants' preliminary disclosure, Plaintiff believes and therefore propounds this Motion with attached proposed amendment intending to cure this Honorable Court's jurisdictional concerns. Plaintiff respectfully requests this Honorable Court accept this attached proposed amendment in substantive response to this Court's Rule.  However, if this Court requires anything further, Plaintiff will abide this Court's directive.

WHEREFORE, Plaintiff respectfully requests this Honorable Court discharge its Rule to Show Cause and grant Plaintiff leave to amend – consistent with the attached proposed order.

                        **WEISBERG LAW**

                        <u>/s/ Matthew B. Weisberg</u>
                        Matthew B. Weisberg, Esquire
                        Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Giancarlo Guido & Sandra Vasquez, <br> Individually & as H/W <br> 1030 Lafayette Ave. <br> Hawthorne, NJ 07506 <br><br> Plaintiffs, <br><br> v. <br><br> Major World Chevrolet, LLC, et al. <br> d/b/a Major Chevrolet, Inc. <br> 43-40 Northern Blvd. <br> Long Island City, NY 11101 <br><br> Defendants. | NO.:   14-8122 <br><br><br><br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 7th of April, 2015, a true and correct copy of the foregoing Plaintiffs' Renewed Motion for Leave to Amend Complaint was served via ECF and e-mail, respectively, upon the following parties:

Graham Howard Claybrook, Esq.
McGuireWoods, LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-1078

Eric L. Keltz, Esq.
E-mail: ekeltz@majorauto.com


**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiffs