UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GIANCARLO GUIDO and SANDRA VASQUEZ, individually and as H/W,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICARDO CABALLERO, d/b/a MAJOR CHEVROLET, INC., MAJOR CHEVROLET, INC., CAPITAL ONE AUTO FINANCE, INC., and JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | Civil Action No. 14cv8122 (SRC)(CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on Plaintiffs' unopposed motion for leave to amend; and for good cause shown;

**IT IS** on this 5th day of May, 2015,

**ORDERED** that Plaintiffs' motion for leave to amend (ECF No. 14) is granted;

**ORDERED** that Plaintiffs shall have fourteen (14) days to file their amended complaint (ECF No. 14-2); and

**ORDERED** that the Clerk shall terminate ECF No. 14.

　　　　　　　　　　　　　　　　　　s/ Cathy L. Waldor
　　　　　　　　　　　　　　　　　　**CATHY L. WALDOR**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**