# EXHIBIT A



N.Y.S. LIC. NO. 7046226

N.Y.S., D.C.A. NO. 0851824

## Major Chevrolet, Inc.
43-40 Northern Blvd. • Long Island City, NY 11101 • (718) 937-3700

UC 56064

FRANSICO

SOLD TO: GLORIA P HERNANDEZ-LOPEZ SANDRA P VASQUEZ
ADDRESS: 236 LINCOLN AVE
HAWTHORNE, NJ 07506-0000

SALESMAN: RICARDO CABALLERO

DATE: 04/26/11

| MAKE | MODEL | NEW OR USED | SERIAL/IDENT. NO. | COLOR | STOCK NO. | | |
|---|---|---|---|---|---|---|---|
| 2008 NISSAN | ALTIMA | U | 1N4AL21E38N450036 | BL | 61736 | | |
| | | | | | PRICE OF CAR | 4__ | 17,940.00 |
| MV 50 NOTE | | | USED CAR MILEAGE | KEY IGN | | | N/A |
| TEMP NO. | | | 42,666 | NO'S TRK | | | |
| OPTIONAL EQUIPMENT AND ACCESSORIES | | | | | | 220A | N/A |
| | | | | | | | 0.00 |
| | | | | | | | N/A |
| | | | | | LICENSE & TITLE | 308 | 285.00 |
| GLOHERLO1@HOTMAIL.COM | | | | | * DEALER'S FEES | 905 | 75.00 |
| | | | | | SALES TAX | 324 | 1,255.00 |
| | | | | | TOTAL CASH PRICE | | 19,555.00 |

**SETTLEMENT**

| | | | |
|---|---|---|---|
| DEPOSIT | 220D | | N/A |
| CASH ON DELIVERY | 220D | | 2,000.00 |
| USED CAR:- | 240 | | N/A |
| TYPE | | | N/A |
| SER. NO. | | | |
| | 205 | | |
| | 720 | 329.59 | 17,555.80 |
| TOTAL | | | 19,555.80 |

CAPITAL ONE AUTO FINANCE

**IMPORTANT NOTICE TO USED CAR BUYER** • (a) STATE LAW REQUIRES THAT SELLERS OF SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (b) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (c) BUYER HAS A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OR ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION. (d) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, N.Y., N.Y. 10004 COMPLAINT PHONE 212-487-4444 N.Y.C., D.C.A. NO. 0851824

*Dealer's optional fee for processing application for registration and/or certificate of title, and for securing special or distinctive plates (if applicable). THIS IS NOT A DMV FEE *$75.00.*

THIS VEHICLE RECEIVED IN GOOD CONDITION:    SIGN _____ 4/26/11

"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, MAJOR CHEVROLET, Inc. CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY."

| | | | | | | |
|---|---|---|---|---|---|---|
| TYPE USED | COLOR BL | | TRIM | | | V.I.N. 1N4BL21E38N450036 |
| ESTIMATED DELIVERY DATE: | | PLACE OF DELIVERY | LONG ISLAND CITY | | STOCK NO. (IF RESERVED) 51775 | |

| | | |
|---|---|---|
| VEHICLE PRICE | (+) | $ 17,940.00 |
| TRANSPORTATION (IF NOT INCLUDED IN VEHICLE PRICE) | (+) | N/A |
| FACTORY INSTALLED EQUIPMENT | (+) | N/A |

THIS ORDER SUPERCEDES ALL OTHER ORDERS

**CASH OR CERTIFIED CHECK ONLY ON DELIVERY**

It is our aim to make you 100% satisfied, for that reason Major Automotive Company Inc. relies upon Car Fax for the history of all our inventory, and I have received a copy. Major Automotive Company Inc. assumes no responsibilities of any previous repair and/or paintwork that might have been performed to the vehicle prior to purchase. One should assume when buying a used car previous repairs were made.

X: _[signature]_ 4/26/2011

| DEALER INSTALLED EQUIPMENT AND SERVICES | (+) | |
|---|---|---|
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| | | N/A |
| **TOTAL** | $ | 17,940.00 |

### DESCRIPTION OF TRADE

| YEAR | MILEAGE | MAKE | MODEL | COLOR |
|---|---|---|---|---|
| | | | | |

| PLATE NO. | EXP DATE | V.I.N. |
|---|---|---|
| | | |

TRADE-IN IS CLEAR OF ALL LIENS EXCEPT: ___ AMOUNT OWED $ ___

| | | |
|---|---|---|
| LESS TRADE-IN CREDIT (–) (BUYER SEE 1 AND 8(b) ON BACK) | | N/A |
| **CASH PRICE** | $ | 17,940.00 |
| SALES TAX ___% | (+) | 1,255.00 |
| *Dealers optional fee for processing application for registration and/or certificate of title, and for securing special or distinctive plates (if applicable). THIS IS NOT A DMV FEE "$75.00". | (+) | 75.00 XXXXXXXXXX |
| REGISTRATION FEE (ESTIMATE) | (+) | 75.00 |
| NYS REQUIRED TIRE RECYCLING ($2.50 per tire) | (+) | 285.00 |
| INSPECTION FEE | | N/A |
| OTHER - ITEMIZE | (+) | N/A |
| **TOTAL CASH PRICE DELIVERED** | $ | 19,555.00 |
| CASH DEPOSIT SUBMITTED WITH ORDER | (–) | 2,000.00 |
| BALANCE OWING TRADE-IN | (+) | N/A |
| **CASH DUE ON DELIVERY** | $ | 17,555.00 |

### SPECIAL NOTICE TO CONSUMERS

IF, UNDER THE LAW OF THE STATE OF NEW YORK CONTROLLING THE SALE OF USED MOTOR VEHICLES, YOU SHOULD BE ENTITLED TO A REFUND IN CONNECTION WITH THIS TRANSACTION. THE VALUE OF ANY VEHICLE YOU MAY HAVE TRADED-IN (IF THE SELLER CHOOSES NOT TO RETURN IT TO YOU) SHALL NOT BE THE VALUE LISTED IN THIS DOCUMENT. INSTEAD, THE VALUE WILL BE DETERMINED BASED ON THE NATIONAL AUTO DEALERS ASSOCIATION USED CAR GUIDE WHOLESALE VALUE OR OTHER GUIDE APPROVED BY THE COMMISSIONER OF MOTOR VEHICLES, AND ADJUSTED FOR MILEAGE, IMPROVEMENTS AND ANY MAJOR PHYSICAL OR MECHANICAL DEFECTS.

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PART OF THE PURCHASE PRICE, THIS ORDER SHALL NOT BE BINDING UPON YOU OR ME UNTIL ALL OF THE CREDIT TERMS ARE PRESENTED TO ME IN ACCORDANCE WITH REGULATION "Z" (TRUTH-IN-LENDING) AND ARE ACCEPTED BY ME. IF I DO NOT ACCEPT THE CREDIT TERMS WHEN PRESENTED, I MAY CANCEL THIS ORDER AND MY DEPOSIT WILL BE REFUNDED.

### IMPORTANT NOTICE TO USED CAR BUYER

(a) STATE LAW REQUIRES THAT SELLERS OF SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
(b) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.
(c) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.
(d) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE: 212-487-4398.
N.Y.C. C.A. No. 0851824

### CANCELLATION STATEMENT

IF THIS CONTRACT IS CANCELLED BY ME WITHOUT YOUR CONSENT, I UNDERSTAND I SHALL BE LIABLE TO YOU FOR LIQUIDATED DAMAGES IN THE AMOUNT OF $500., IN ACCORDANCE WITH PARAGRAPH THREE (3) (reverse side) OR ANY ADDITIONAL DAMAGES THAT YOU MAY INCUR THEREFROM.

### CONTRACTUAL DISCLOSURE STATEMENT FOR USED VEHICLES ONLY

"The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale."

THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($5.00 MAXIMUM) IS NOT NEW YORK STATE OR DEPARTMENT OF MOTOR VEHICLES FEES, UNLESS A LIEN IS BEING RECORDED OR THE DEALER ISSUED NUMBER PLATES, YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE OR FOR A SPECIAL OR DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE

PRIOR USE CERTIFICATION (Required by Vehicle and Traffic Law 417-A if principal prior use of the vehicle were as a police vehicle, taxicab, driver education vehicle or rental vehicle). The principal prior use of this vehicle was as a police vehicle ___, a taxicab ___, a driver education vehicle ___, or a rental vehicle NO.

I have read the terms on the back of this agreement and have received a completed copy of this agreement.

BUYER'S SIGNATURE _[signature]_ DATE: 04/26/11
CO-BUYER'S SIGNATURE SANDRA P VASQUEZ _[signature]_ DATE: 04/26/11
SELLER APPROVED BY: _[signature]_ DATE: 04/26/11

**\* ONLY CERTIFIED CHECK OR CASH ACCEPTABLE ON DELIVERY**
SEE OTHER SIDE FOR ADDITIONAL TERMS

# RETAIL INSTALLMENT CONTRACT
## GMAC FLEXIBLE FINANCE PLAN

Dealer Number 7046226   Contract Number N/A

**Buyer (and Co-Buyer) Name and address (include county and zip code)**
GLORIA P HERNANDEZ-LOPEZ
SANDRA P VASQUEZ
236 LINCOLN AVE
HAWTHORNE, NJ 07506-0000

**Creditor (Seller name and address)**
MAJOR CHEVROLET INC
43-40 NORTHERN BOULEVARD
LONG ISLAND CITY, NY 11101-1020

You, the Buyer (and Co-Buyer, if any), may buy the vehicle described below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay us, the Creditor, the Amount Financed and Finance Charge according to the payment schedule shown below. We will figure the Finance Charge on a daily basis.

| New or Used | Year | Make and Model | Vehicle Identification No. | Primary Use for Which Purchased |
|---|---|---|---|---|
| USED | 2008 | NISSAN ALTIMA | 1N4AL21E38N458036 | ☒ personal, family, or household ☐ agricultural ☐ business |

Your trade-in is a: Year N/A   Make N/A   Model N/A

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 2,000.00 |
|---|---|---|---|---|
| 10.490 % | $ 6,174.56 | $ 17,555.89 | $ 23,730.48 | $ 25,730.48 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows |
|---|---|---|---|
| 72 | $ 329.59 | Monthly beginning 05/26/11 | |

**Late Charge.** If a payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late, with a minimum charge of $1.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash price (including any accessories, services, and taxes) ........................ $ 17,940.00 (1)
2 Total downpayment = (If negative enter "0" and see line 4H below)
   Gross trade-in $ N/A  -payoff by seller $ N/A
   = net trade-in $ N/A  + cash $ 2,000.00
   + other (describe) $ N/A ........................................................... $ 2,000.00 (2)
3 Unpaid balance of cash price (1 minus 2) .......................................... $ 15,940.00
4 Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts.):
   A Cost of optional credit insurance paid to the insurance company or companies
     Life $ N/A
     Disability $ N/A ................................................................. $ N/A
   B Other insurance paid to the insurance company ................................... $ N/A
   C Official fees paid to government agencies ....................................... $ N/A
   D Government taxes not included in cash price ..................................... $ 1,255.89
   E Government license and/or registration fees
     REG = 265.00 ..................................................................... $ 265.00
   F Government certificate of title fees ............................................ $ N/A
   G Other charges (Seller must identify who is paid and describe purpose.)
     to N/A for N/A .................................................................. $ N/A
     to MAJOR CHEVROLET for Document Fee ............................................ $ 
     to N/A for N/A .................................................................. $ N/A
     to N/A for N/A .................................................................. $ N/A
     to N/A for N/A .................................................................. $ N/A
H Net trade-in payoff to

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance.**
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
 Credit Life $ _____ N/A _____
 Credit Disability $ _____ N/A _____

_____ (Insurance Company)

_____ (Home Office Address)

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the scheduled due date for the last payment unless a different term for the insurance is shown below.

**Other Insurance.**
☐ _____ N/A _____   _____ N/A _____
       Type of Insurance          Term
Premium $ _____ N/A _____
_____ N/A _____ (Insurance Company)
_____ N/A _____ (Home Office Address)

I want the insurance checked above.

Buyer Signature _____

Co-Buyer Signature _____   Date _____

**ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE**

## ITEMIZATION OF AMOUNT FINANCED

1. Cash price (including any accessories, services, and taxes) ......................... $ 17,946.00
2. Total downpayment = (If negative enter "0" and see line 4H below)
   - Gross trade-in $ N/A  –payoff by seller $ N/A
   - = net trade-in $ N/A  + cash $ 2,000.00
   - + other (describe) N/A  $ 2,000.00
3. Unpaid balance of cash price (1 minus 2) ......................... $ 15,946.00
4. Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts.):
   - A. Cost of optional credit insurance paid to the insurance company or companies
     - Life $ N/A
     - Disability $ N/A
   - B. Other insurance paid to the insurance company $ N/A
   - C. Official fees paid to government agencies $ N/A
   - D. Government taxes not included in cash price $ N/A
   - E. Government license and/or registration fees $ 255.00
   - REG $ 265.00
   - F. Government certificate of title fees $ 285.00
   - G. Other charges (Seller must identify who is paid and describe purpose.)
     - to N/A for N/A $ N/A
     - to MAJOR CHEVROLET Document Fee $ 
     - to N/A for N/A $ N/A
     - to N/A for N/A $ N/A
     - to N/A for N/A $ N/A
   - H. Net trade-in payoff to N/A  $ N/A
   - Total other charges and amounts paid to others on your behalf $
5. Amount financed (3 + 4) $

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and we must sign it. No oral changes are binding.

Buyer Signs X _____  Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

**NOTICE TO BUYER:** 1. Do not sign this agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of this agreement. 3. Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

**RETAIL INSTALMENT CONTRACT**

Buyer Signs X _[signature]_  Date 04/26/11   Co-Buyer Signs X SANDRO P VASQUEZ  Date 04/26/11

Other Owners - A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____  Date _____   Address _____

Creditor Signs MAJOR CHEVROLET INC  Date 04/26/11   By X _____   Title _____

--- 

(Insurance Company)
(Home Office Address)

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

Other Insurance
☐ N/A _____ N/A
   Type of Insurance      Term
Premium $ N/A
N/A
(Insurance Company)
N/A
(Home Office Address)

I want the insurance checked above.

Buyer Signature _____
Co-Buyer Signature _____  Date _____

**ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

---

Z109 FR-NY 9/2006 (6) (For use in the State of New York) (1 of 4)
Copyright 2006 GMAC. All Rights Reserved.

Notice: See Other Side

DUPLICATE ORIGINAL - BUYER'S COPY