UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| GIANCARLO GUIDO & SANDRA VASQUEZ, Individually and as H/W, Plaintiffs, – against – RICARDO CABALLERO, d/b/a MAJOR CHEVROLET, INC., MAJOR CHEVROLET, INC., CAPITAL ONE AUTO FINANCE, INC., AND JOHN DOES 1-10, Defendants. | Civil Action No. 14cv8122(SRC)(CLW) |

**DISCLOSURE STATEMENT**

The undersigned counsel for Major Chevrolet, Inc. certifies that this party is a non-governmental corporate party and that:

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Parent Co.: The Major Automotive Companies, Inc., 100% SH of Major Chevrolet, Inc.

Dated:   New York, New York
         June 29, 2015

                              s/ William M. Dellicato, Esq._____
                              WILLIAM M. DELLICATO, ESQ. (WMD 4990)
                              Attorney for Defendants
                              303 Fifth Avenue, Suite 2009
                              New York, New York 10016
                              (212) 244-4890

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GIANCARLO GUIDO & SANDRA VASQUEZ, Individually and as H/W,         Plaintiffs,   – against – RICARDO CABALLERO, d/b/a MAJOR CHEVROLET, INC., MAJOR CHEVROLET, INC., CAPITAL ONE AUTO FINANCE, INC., AND JOHN DOES 1-10,         Defendants. | Civil Action No. 14cv8122(SRC)(CLW) **CERTIFICATION OF SERVICE** |

    I, William M. Dellicato, Esq., hereby certify that on June 29, 2015, I served the within DISCLOSURE STATEMENT via ECF and email, respectively, upon the following parties:

    Weisberg Law
    Matthew B. Weisberg, Esq.
    David A. Berlin, Esq.
    Attorneys for Plaintiffs


                        s/ William M. Dellicato, Esq.
                        William M. Dellicato, Esq.