# WILLIAM M. DELLICATO
ATTORNEY AT LAW
928 BROADWAY, SUITE 1000
NEW YORK, NEW YORK 10010
(212) 244-4890

FACSIMILE (646) 808-3634

BILL@DELLICATOLAW.COM

MEMBER OF THE NEW YORK AND
NEW JERSEY BARS

NEW JERSEY:
199 ROUTE 18 SOUTH
EAST BRUNSWICK, NEW JERSEY 08816

December 14, 2015

**VIA CM/ECF**
Honorable Cathy L. Waldor
United States Magistrate Judge
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    **Re:  Guido and Vasquez, v. Richard Caballero, d/b/a
Major Chevrolet, Inc., et al.
Civil Action No.: 14cv8122**

Dear Judge Waldor:

    I represent the defendants in connection with the above referenced matter and submit this letter confirming my conversation with the Courtroom Deputy earlier today. I am pleased to advise that the parties have reached a settlement.

    Should you have any questions please feel free to have your clerk contact me.

                            Respectfully yours,

                            William M. Dellicato

WMD:js
w/enclosure

cc: Matthew Weisberg, Esq.